UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                                            :
v.                                                                      :      **RESCHEDULING ORDER**
                                                            :
MARKELL WILLIAMS,                          :      7:22-cr-00641-PMH
                                                            :
                     Defendant.           :
-------------------------------------------------------------x

Sentencing in this matter currently scheduled for June 20, 2024 is rescheduled to September 26, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

The Court will advance the sentencing date if an earlier date becomes available so Defendant's submission is due by August 2, 2024. Government's submission is due by August 9, 2024.

**SO ORDERED:**

Dated: White Plains, New York
       April 22, 2024

_____
Philip M. Halpern
United States District Judge