UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA     :
    :
v.     :
    :
MARKELL WILLIAMS,     :
          Defendant.     :
    :
-------------------------------------------------------------x

**<u>RESCHEDULING ORDER</u>**

7:22-cr-00641-PMH

       Due to a scheduling conflict, sentencing in this matter currently scheduled for September 26, 2024 is rescheduled to February 4, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. The Court will advance the sentencing date if an earlier date becomes available so Defendant's sentencing submission is due by October 4, 2024 and the Government's sentencing submission is due by October 11, 2024.

       It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at the time of sentencing.

**SO ORDERED:**

Dated: White Plains, New York
      September 4, 2024

_____
Philip M. Halpern
United States District Judge