

Law O

Application granted. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 205).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           October 2, 2024

**By ECF**

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

     **Re:**    *United States v. Markell Williams*, No. 22 Cr. 641 (S.D.N.Y.)

Dear Judge Halpern:

      With the consent of the government, I write to request a one-week extension of the filing deadlines that the Court set for the parties' sentencing submissions. By order dated September 4, 2024, the Court rescheduled sentencing to February 4, 2025, and scheduled the deadline for Mr. Williams' submission to October 4 and the government's to October 11. Because the deadline falls on the Rosh Hashanah holiday, which will take me away from work at the end of the week, I respectfully request an extension to October 11 for Mr. Williams' deadline and to October 18 for the government's. I have conferred with AUSA Ryan Allison, counsel for the government, who informs me that the government has no objection to this request. Thank you for your attention to this matter.

               Respectfully submitted,

               Ezra Spilke