UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

MARKELL WILLIAMS,
                Defendant.
-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:22-cr-00641-PMH

      Sentencing in this matter currently scheduled for February 4, 2025 is advanced to November 14, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at the time of sentencing.

**SO ORDERED:**

Dated: White Plains, New York
       October 8, 2024

_____
Philip M. Halpern
United States District Judge